# EXHIBIT A

| THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS | 24-004209-NF Hon. Catherine L. Heise |
|---|---|---|

Court telephone no.: 313-224-5225

| Plaintiff's name(s), address(es), and telephone no(s) ALLIANCE ANESTHESIA, PLLC  et. Al | v | Defendant's name(s), address(es), and telephone no(s). STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no Adam Paul Ponto 74332 25800 Northwestern Hwy Ste 850 Southfield, MI 48075-8400 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains  ☐ is no longer pending.

Summons section completed by court clerk.        **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date 3/20/2024 | Expiration date* 6/19/2024 | Court clerk Twyonna Adams |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)        SUMMONS        MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

| | |
|---|---|
| ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL (SUSAN WRIGHT), | CASE NO. 24-           -NF<br>HON. |

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.
_____/

ADAM P. PONTO (P74332)
ELIA & PONTO, PLLC
Attorneys for Plaintiff
25800 Northwestern Highway, Suite 850
Southfield, MI 48075
(248) 595-8579 / Fax: (248) 595-8729
aponto@eliaandponto.com

_____/

Upon information and belief there is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint, nor has any such action been previously filed and dismissed or transferred after having been assigned to a Judge.

/s/ Adam P. Ponto
Adam P. Ponto, Attorney for Plaintiffs

**COMPLAINT**

NOW COMES Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST

MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, by and through their attorneys, ELIA & PONTO, PLLC and for their Complaint against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, state as follows:

## JURISDICTION AND VENUE

1. That Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, are medical providers and Michigan corporations licensed to conduct business under the laws of the State of Michigan, and at all times pertinent herein have their principal place of business in the City of Flint, County of Genesee, State of Michigan, but maintain substantial contact and regularly conduct business in the County of Wayne, State of Michigan.

2. That Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, is an insurer licensed to conduct business under the laws of the State of Michigan, and upon information and belief at all times pertinent hereto conducts a portion of their business and/or maintains substantial contact on a systematic and continuous basis in the County of Wayne, State of Michigan.

3. Venue is proper pursuant to MCLA 600.1621, and jurisdiction is proper for the reason that the amount in controversy is more than Twenty-Five Thousand ($25,000.00) Dollars, exclusive of costs and attorneys' fees.

## CLAIM FOR OUTSTANDING NO-FAULT BENEFITS

4. At all times pertinent hereto, Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, are in the business of providing medical and related health care services in the State of Michigan.

5. On or about October 1, 2020, SUSAN WRIGHT suffered accidental bodily injuries arising out of a motor vehicle accident entitling him to No-Fault benefits within the meaning of the Michigan No-Fault Act, MCL 500.3101 *et seq*.

6. Upon information and belief, for a specific premium paid, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY did issue an automobile insurance policy (Claim No. 22-1289-24Z) providing for the payment of personal injury protection benefits in accordance with the State of Michigan No-Fault Act, for under which SUSAN WRIGHT is entitled coverage.

7. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is the No-Fault insurer responsible for paying personal injury protection benefits applicable to the injuries SUSAN WRIGHT sustained in the accident, either by way of contract, a copy of which is in Defendant's possession, or by way of any/all applicable statutes under the Michigan No-Fault Act.

8. Defendant was promptly notified of the accident, the injuries sustained by SUSAN WRIGHT and the need for medical related care and services for said injuries and upon information and belief a claim number (Claim No. 22-1289-24Z) was assigned by the Defendant to the insured's claim for personal injury protection benefits.

9.    That from July 31, 2023 through the present day, and possibly in the future, SUSAN WRIGHT received reasonable and necessary medical services and accommodations, from Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, for her care, recovery and rehabilitation for injuries sustained in the aforementioned motor vehicle accident.

10.    Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, provided reasonable proof of the fact and amount of the loss and is entitled to reimbursement from Defendant for all reasonable and necessary products, services and accommodations rendered to SUSAN WRIGHT for her care, recovery and rehabilitation arising from injuries sustained in the motor vehicle accident, which may not include services post the date of the complaint.

11.    A statement of the services provided by Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, is attached hereto as **EXHIBIT 1** (and will continue to be supplemented as treatment continues).

12.    Despite Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a

INSIGHT SURGICAL HOSPITAL's demand for payment, Defendant has failed or refused to pay such claim within 30 days of receipt and continue to unreasonably refuse and/or unreasonably delay to make payment to Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, in violation of the No-Fault Act.

13. Pursuant to MCL 500.3112 a healthcare provider may make a claim and assert a direct cause of action against an insurer, or under the assigned claims plan under sections 3171 to 3175, to recover overdue benefits payable for charges for products, services, or accommodations provided to an injured person.

14. Pursuant to MCL 600.2041, "every action shall be prosecuted in the name of the real party of interest."

15. Satisfaction of the judgment obtained by Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, will discharge Defendant of its obligation to SUSAN WRIGHT for reasonably necessary medical services ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, provided to SUSAN WRIGHT.

16. ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN

SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, as assignees of the injured party are the real parties of interest and as such ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, has the right to prosecute this action against Defendant pursuant to MCL 600.2041.

17. As a direct and proximate cause of Defendant's failure to make payments, Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, have been damaged.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiffs, ALLIANCE ANESTHESIA, PLLC, INSIGHT ANESTHESIA, PLLC, INTEGRATED HOSPITAL SPECIALISTS, PC, and SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC, d/b/a MICHIGAN SURGICAL HOSPITAL, d/b/a INSIGHT SURGICAL HOSPITAL, respectfully request that the court enter a judgment in the total amount of $297,238.01 (and any additional amount that continues to accrue if additional medical treatment is rendered), plus interest and overdue payments in the amount of 12% per annum until paid under MCL 500.3142, judgment interest in the amount allowable by law, and attorney fees pursuant to Michigan's No-Fault Act, MCL 500.3148.

Respectfully submitted,

6

                                    ELIA & PONTO, PLLC

By:   */s/ Adam P. Ponto*
       Adam P. Ponto (P74332)
       Attorney for Plaintiffs
       25800 Northwestern Hwy., Suite 850
       Southfield, MI 48075
       (248) 595-8579 / Fax: (248) 595-8729
       aponto@eliaandponto.com

Dated: March 20, 2024

7

# Exhibit 1

ELIA & PONTO PLLC
25800 Northwestern Highway, Suite 850, Southfield, MI 48075-1066
248-595-8579 - Fax: 248-595-8729

# INSIGHT BILLING
4800 S SAGINAW ST. SUITE 1805 FLINT, MI 48507 810-275-9108

JAWAD A. SHAH M.D. P.C. •ALLIANCE ANESTHESIA • INSIGHT PAIN MANAGEMENT CENTER • INSIGHT RADIOLOGISTS PC •INSIGHT ORTHOPEDICS SPECIALIST •INSIGHT TOXICOLOGY •PRECISION ANESTHESIA •INSIGHT ANESTHESIA •INSIGHT RADIOLOGIST PC •INSIGHT PHYSICAL THERAPY & NEURO REHAB •INSIGHT CHIROPRACTIC •INSIGHT HEALING CENTER •INTEGRATED HOSPITAL SPECIALISTS •PRECISION SURGICAL ASSOCIATES •INSIGHT HEALTH & FITNESS CENTER •INSIGHT WELLNESS CENTER •INSIGHT NEUROPSYCHOLOGY AND BEHAVIORAL HEALTH •INSIGHT EXTENDED CARE •MID-MICHIGAN ENDOSCOPY CENTER-CHARTER ENDOSCOPY CENTER •ASSOCIATED SURGICAL CENTER OF DEARBORN •INSIGHT NUTRITIONAL SERVICE •INSIGHT RESIDENTIAL REHABILITATION SERVICE •INSIGHT CASE MANAGEMENT •INSIGHT SURGICAL HOPSITAL WARREN •INSIGHT SURGICAL HOSPITAL WARREN ALLIANCE ANESTHESIA •INSIGHT SURGICAL HOPSITAL WARREN INSIGHT ANESTHESIA •INSIGHT SURGICAL HOPSITAL WARREN NEUROPSYCHOLOGY •INSIGHT SURGICAL HOSPITAL WARREN PRECISION ANESTHESIA •INSIGHT SURGICAL HOSPITAL STERLING ANESTHESIA •INSIGHT TRANSPORTATION SERVICES •INSIGHT DBS AND FUNCTIONAL STROKE RECOVERY CENTER

**Name:** WRIGHT, SUSAN
**Account#:** 152801
**Address:**
**Phone:**

Alliance Anesthesia PLLC: $28,000.00
Insight Anesthesia PLLC: $28,000.00
INTEGRATED HOSPITAL SPECIALISTS PC: $46,636.20
SOUTHEAST MICHIGAN HOSPITAL / INSIGHT SURGICAL HOSPITAL: $194,601.81

| Claim Number | Service Date | Provider & Facility | Payer | Payment Date | CPT | Charges | Payment | Adjustment | Ins Balance | 2x Medicare | 1.95x Medicare | 2x Diffrence | 1.95x Diffrence | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alliance Anesthesia PLLC | | | | | | | | | | | | | | |
| 1192076 | 07/31/2023 | | | | | $28,000.00 | $0.00 | $0.00 | $28,000.00 | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | 40 |
| | | | | | | $28,000.00 | $0.00 | $0.00 | $28,000.00 | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | 40 |
| | | RAMBO, ANDREW - ISHWAA | STATE FARM AUTO INSURANCE | 01/19/2024 | 00670 | $28,000.00 | $0.00 | $0.00 | | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | 40 |
| Insight Anesthesia PLLC | | | | | | | | | | | | | | |
| 1192079 | 07/31/2023 | | | | | $28,000.00 | $0.00 | $0.00 | $28,000.00 | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | 40 |
| | | | | | | $28,000.00 | $0.00 | $0.00 | $28,000.00 | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | 40 |
| | | Borrego, Ricardo - ISHWIA | STATE FARM AUTO INSURANCE | 01/19/2024 | 00670 | $28,000.00 | $0.00 | $0.00 | | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | 40 |
| INTEGRATED HOSPITAL SPECIALISTS PC | | | | | | | | | | | | | | |
| | | | | | | $46,636.20 | $0.00 | $0.00 | $46,636.20 | $11,307.92 | $11,037.60 | $11,307.92 | $11,037.60 | 12 |
| | | | | | | $46,636.20 | $0.00 | $0.00 | $46,636.20 | $11,307.92 | $11,037.60 | $11,307.92 | $11,037.60 | 12 |
| 1184737 | 07/31/2023 | | | | 22612 | $11,475.00 | $0.00 | $0.00 | | $3,152.68 | $3,073.86 | $3,152.68 | $3,073.86 | 1 |
| | | | | | 22614 | $6,813.00 | $0.00 | $0.00 | | $1,559.96 | $1,520.96 | $1,559.96 | $1,520.96 | 2 |
| | | | | | 22842 | $6,651.00 | $0.00 | $0.00 | | $1,519.96 | $1,481.96 | $1,519.96 | $1,481.96 | 1 |
| | | | | | 22853 | $7,225.20 | $0.00 | $0.00 | | $1,546.50 | $1,507.84 | $1,546.50 | $1,507.84 | 3 |
| | | Platt, Allison - ISHIHS | STATE FARM AUTO INSURANCE | 01/22/2024 | 63047 | $9,900.00 | $0.00 | $0.00 | | $2,191.42 | $2,136.63 | $2,191.42 | $2,136.63 | 1 |
| | | | | | 63048 | $3,672.00 | $0.00 | $0.00 | | $842.40 | $821.34 | $842.40 | $821.34 | 2 |
| | | | | | 20930 | $225.00 | $0.00 | $0.00 | | $123.75 | $123.75 | $123.75 | $123.75 | 1 |
| | | | | | 20936 | $675.00 | $0.00 | $0.00 | | $371.25 | $371.25 | $371.25 | $371.25 | 1 |

# SOUTHEAST MICHIGAN HOSPITAL / INSIGHT SURGICAL HOSPITAL
21230 DEQUINDRE ROAD WARREN MI 48091-2279

**Name:** WRIGHT, SUSAN
**Unit Number#:** M000156318
**Address:**
**Phone:**

| Account Number | Admission Date | Physician & Speciality | Insurance Name | Payment Date | DRG/APC | Charges | Payment | Adjustment | Balance | 2X Medicare | 1.95X Medicare | 2X Diffrence | 1.95X Diffrence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SM000662080 | 07/31/2023 | MICHAEL KAPSOKAVATHIS - NEUROLOGY | STATE FARM AUTO | 01/19/2024 | 454 | $194,601.81 | $0.00 | | $194,601.81 | $73,367.81 | $71,533.62 | $73,367.81 | $71,533.62 |
| | | | | | | $194,601.81 | $0.00 | | $194,601.81 | $73,367.81 | $71,533.62 | $73,367.81 | $71,533.62 |